BEFORE THE FIRST DIVISION, FEBRUARY 6, 1951

No. 55205.—De Boir & Livingston, Inc., et al. v. United States, protests 36443–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55206.—Tropical Creations v. United States, protest 130129–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55207.—Schall & Co. et al. v. United States, protests 152928–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55208.—Craig Stanton & Co. and The Little Jones Co., Inc. v. United States, protests 156703–K and 155235–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55209.—Decorative Crafts, Inc. v. United States, protest 165175–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55210.—Walter T. Ueland et al. v. United States, protests 507203–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

No. 55211.—Kwong Yuen Shing et al. v. United States, protests 995740–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.